**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| APACHE CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-10-0076 |
| | § |
| JOHN CHEVEDDEN, | § |
| | § |
| Defendant. | § |

**ORDER**

The United States Proxy Exchange ("USPX"), a nongovernmental organization incorporated in Massachusetts, has requested that it be allowed to file an *amicus curiae* brief. (Docket Entry No. 15). Given that John Chevedden is proceeding *pro se*, this court grants the request for leave to file an *amicus curiae* brief. USPX may file a brief of no more than 25 pages by March 5, 2010.

SIGNED on February 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge