IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APACHE CORPORATION, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-10-0076 |
| JOHN CHEVEDDEN, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On March 10, 2010, this court granted Apache Corporation's motion for declaratory judgment and denied John Chevedden's motion for declaratory judgment. (Docket Entry No. 21). The parties have advised the court that there are no remaining issues to be decided. (Docket Entry Nos. 27, 28). Chevedden's motion for summary judgment, (Docket Entry No. 24), is denied as moot. Consistent with these rulings, this case is dismissed, with prejudice.

This is a final judgment.

SIGNED on March 29, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge